IN THE SUPREME COURT OF THE STATE OF DELAWARE

IN THE MATTER OF THE                §
PETITION OF JAMES ARTHUR            § No. 436, 2022
BIGGINS FOR A WRIT OF               §
PROHIBITON                          §

Submitted:  January 5, 2023
Decided:  January 24, 2023

## ORDER

On December 20, 2022, the Court denied the petitioner's motion to proceed *in forma pauperis*. The petitioner was instructed to pay the required filing fee by January 4, 2023 or else his petition would be dismissed without further notice. The petitioner has failed to pay the required filing fee. Dismissal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*_____
Justice